NORTH CENTRAL MECHANICAL, INC., on Behalf of Itself and Others Similarly Situated, Respondent, v HUNT CONSTRUCTION GROUP, INC., Appellant, et al., Defendant.

Submitted December 3, 2007; decided January 15, 2008

Reported below, 43 AD3d 1396.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEWNON A. FLAX, Appellant, v JOHN J. DONELLI, as Superintendent of Bare Hill Correctional Facility, Respondent.

Submitted December 31, 2007; decided January 15, 2008

Reported below, 43 AD3d 1259.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TEDDY LEWIS, Appellant, v HAROLD GRAHAM, as Superintendent of Auburn Correctional Facility, Respondent.

Submitted January 7, 2008; decided January 15, 2008

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Fourth Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]).